IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| J. BONAFEDE CO., INC.<br>on behalf of itself and all others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DEL MONTE FRESH PRODUCE<br>COMPANY and DEL MONTE<br>FRESH PRODUCE, N.A., INC.,<br><br>    Defendants. | Civil Action No.  03-cv-12642 JLT |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), Plaintiff, J. Bonafede Co., Inc., hereby voluntarily dismisses this action without prejudice as to all Defendants.

An action purporting to represent the same class of purchasers of pineapples from the Defendants as that pleaded by Plaintiff in this action was previously filed in the United States District Court for the Southern District of New York on December 24, 2003, styled *American Banana Co., Inc. v. Del Monte Fresh Produce Co., Inc., et al.*, No.03-cv-10230(RMB).

Both actions have been reported in the national media and the trade press, due to a press release issued by Defendants, and the class has notice of their pendency.

Plaintiff J. Bonafede Co., Inc. has not sought or received any benefit from Defendants in exchange for the dismissal of this action. Indeed, Plaintiff will proceed

with prosecution of Plaintiff's claims in the United States District Court for the Southern District of New York.

Accordingly, there is no risk of prejudice to absent class members, and notice to the putative class pursuant to F.R.C.P. Rule 23 (e) is not required. *Culver v. City of Milwaukee, et al.*, 277 F. 3d 908, 913-915 (7th Cir. 2002); *Navarro-Ayala v. Hernandez-Colon*, 951 F. 2d 1325, 1336-37 (1st Cir. 1991).

Dated:  January 16, 2004

**BERMAN DEVALERIO PEASE
 TABACCO BURT & PUCILLO**

 /s/ Peter A. Pease
Peter A. Pease  BBO# 392880
ppease@bermanesq.com
Todd A. Seaver BBO#645874
One Liberty Square
Boston, MA  02109
Telephone:  (617) 542-8300
Fax:  (671) 542-8300

Sharon T. Maier
Christine G. Pedigo
**Berman DeValerio Pease Tabacco Burt   & Pucillo**
425 California Street, 21st Floor
San Francisco CA 94104
Telephone:  (415) 433-3200

R. Scott Palmer
Manuel J. Dominguez
**Berman DeValerio Pease Tabacco Burt   & Pucillo**
515 North Flagler Drive
Suite 1701
West Palm Beach, FL 33401
Tel:  (561) 835-9400

**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I, Peter A. Pease, hereby certify that on January 16, 2004, a true and correct copy of the foregoing Notice of Voluntary Dismissal was served upon all parties by serving the following by First Class U.S. Mail:

>Del Monte Fresh Produce Company
>105 Shawmut Road
>Canton, MA 02021
>
>Del Monte Fresh Produce, N.A., Inc.
>105 Shawmut Road
>Canton, MA 02021

   /s/Peter A. Pease
      Peter A. Pease