AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____  DISTRICT OF _____ **Massachusetts**

IN CLERKS OFFICE

2004 JAN 15 P 12: 06

J. Bonafede Co., Inc. on behalf of itself and
all others similarly situated,

**SUMMONS IN A CIVIL CASE**

### V.

CASE NUMBER:

Del Monte Fresh Produce Company and
Del Monte Fresh Produce, N.A., Inc.,

03cv12642 JLT

TO: (Name and address of defendant)

Del Monte Fresh Produce, N.A., Inc.,
105 Shawmut Road
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_____
(BY) DEPUTY CLERK

DATE    12.31.03

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
|---|---|
| | **January 8, 2004** |

| NAME OF SERVER | TITLE |
|---|---|
| **GERARD O'DONNELL JODREY** | **Constable / A Disinterested Person** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at:_____ , MASSACHUSETTS

☒ Other:    By handing true and attested copies thereof to___ **MS. MILCA MATOS, RECEPTIONIST AND** ___

Duly Authorized Agent for the within-named___ **DEL MONTE FRESH PRODUCE, N.A., INC,** ___

Said service was made at:

_____ **105 SHAWMUT ROAD, CANTON** _____ , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL |
|---|---|---|---|
| | $      15 .00 | | $      15 .00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____ **January 8, 2004** _____
                        Date

_____
Signature of Server

One Devonshire Place, Boston, Massachusetts
                Address of Server

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH**:    $ _____.00    No service was made    **TOTAL**    $_____.00
because when constable arrived at said address he  discovered said address to be

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**          **Boston, MA  02109**          Fax #      (617) 720-5737