# United States District Court

DISTRICT OF **Massachusetts**

J. Bonafede Co., Inc. on behalf of itself and
all others similarly situated,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Del Monte Fresh Produce Company and
Del Monte Fresh Produce, N.A., Inc.,

TO: (Name and address of defendant)

Del Monte Fresh Produce Company
105 Shawmut Road
Canton, MA 02021

**03 cv 12642 JLT**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

12-31-03

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE January 8, 2004 |
|---|---|
| NAME OF SERVER GERARD O'DONNELL JODREY | TITLE Constable / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **MS. MILCA MATOS, RECEPTIONIST AND** Duly Authorized Agent for the within-named **DEL MONTE FRESH PRODUCE COMPANY**

Said service was made at:
**105 SHAWMUT ROAD, CANTON**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 39.00 | TOTAL $ 39.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **January 8, 2004**
    Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |

**DUE & DILIGENT SEARCH:** $_____.00    No service was made    TOTAL   $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
| Massachusetts Constables since 1925 | Boston, MA  02109 | Fax #         (617) 720-5737 |